ACCEPTED
06-15-00050-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/13/2015 4:17:02 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00050-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS IN** |
| | § | |
| **VS.** | § | **SIXTH APPELLATE DISTRICT** |
| | § | |
| **BRAD ALLEN DUNN** | § | **HARRISON COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/13/2015 4:17:02 PM
DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Brad Allen Dunn, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 71st Judicial District Court of Harrison County, Texas.

2.      The case below was styled the State of Texas vs. Brad Allen Dunn, and numbered 14-0029X.

3.      Appellant was convicted of murder.

4.      Appellant was assessed a sentence of ninety-nine (99) years on March 5, 2015.

5.      Notice of appeal was given on March 6, 2015.

6.      The clerk's record was filed on July 15, 2015; the reporter's record was filed on July 8, 2015.

7.      The appellate brief is presently due on August 14, 2015.

8.      Appellant requests an extension of time of 60 days from the present date, i.e. August 13, 2015.

9.      No extension to file the brief has been received in this cause.

1

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Undersigned counsel for Appellant is a sole practitioner actively working in Harrison, Panola and Shelby Counties. Undersigned counsel almost exclusively handles court-appointed criminal cases, family law cases, and CPS cases. As those types of cases require attendance in Court on almost a daily basis, undersigned counsel has had an insufficient amount of time within which to conduct research, prepare the statement of fact and complete the brief within the stated time frame. Undersigned counsel would further show he has not had a secretary or paralegal to help in the day to day activities of his practice, which has further impeded his ability to timely file this brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

CRAIG A FLETCHER
Attorney at Law
110 S. Bolivar, Suite 210
Marshall, Texas 75670
Tel: (903) 503-7676
Fax: (903) 503-7680

By:_____
Craig A. Fletcher
State Bar No. 00792506
craig@craigfletcherlaw.com
Attorney for Brad Allen Dunn

2

## CERTIFICATE OF SERVICE

This is to certify that on August 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harrison County, Harrison County Courthouse, by email.

_Craig A. Fletcher_

_____

Craig A. Fletcher